AO 10
Rev. 1/2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Herrera, Judith C | U.S. District Court, NM | 05/15/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 <br> to <br> 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court <br> P.O. Box 2085 <br> Santa Fe, NM 87504-2085 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Las Campanas Limited Partnership (Salary) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Office Building-Rental Property #1 | N |
| 2. Charles Schwab | Margin Account | N |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1 Santa Fe, NM Purch. 03/30/94 $516,642 | G | Rent | O | R | | | | | |
| 2. PRTNRSHIP Int - Law Firm, SF, NM | | None | K | W | | | | | |
| 3. ███ Prtnrshp #1 Santa Fe, NM | | None | P1 | W | | | | | |
| 4. Cabot Oil & Gas-Common | A | Dividend | | | Sell | 09/12 | L | E | |
| 5. | | | | | Sell | 09/12 | J | C | |
| 6. Fidelity Natl Finl Inc.-Common | E | Dividend | | | Sell | 07/25 | L | D | |
| 7. Microsoft Corp-Common | A | Dividend | K | T | Partial Sale | 03/14 | L | | |
| 8. | | | | | Buy | 11/18 | J | | |
| 9. | | | | | Buy | 12/01 | J | | |
| 10. | | | | | Partial Sale | 12/29 | K | | |
| 11. Caremark Rx Inc.-Common | | None | | | Buy | 09/08 | K | | |
| 12. | | | | | Sell | 09/12 | K | C | |
| 13. | | | | | Sell | 10/13 | J | | |
| 14. | | | | | Sell | 11/08 | K | D | |
| 15. Lowes Companies Inc.-Common | A | Dividend | | | Sell | 09/14 | J | D | |
| 16. Herrera. Long, Pound & Komer, PA, Profit Sharing Plan | A | Distribution | K | T | | | | | |
| 17. Las Campanas Limited Partnership, 401(k) | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Las Campanas Limited Partnership, Profit Sharing Plan | A | Distribution | J | T | | | | | |
| 19. Intl Game Technology - Common | A | Dividend | | | Sell | 03/14 | K | A | |
| 20. | | | | | Sell | 03/14 | K | D | |
| 21. NW Mutual Life Ins. | _ | None | K | T | | | | | |
| 22. NW Mutual Life Ins. | | None | K | T | | | | | |
| 23. NW Mutual Life Ins. | | None | K | T | | | | | |
| 24. NW Mutual Life Ins. | | None | K | T | | | | | |
| 25. NW Mutual Variable Extra Ord Life: Aggressive Growth Stock | | None | J | T | | | | | |
| 26. NW Mutual Variable Extra Ordinary Life: Small Cap Growth | | None | K | T | | | | | |
| 27. NW Mutual Variable Extra Ordinary Life: Aggressive Growth | | None | J | T | | | | | |
| 28. NW Mutual Variable Extra Ordinary Life: Small Cap Growth | | None | J | T | | | | | |
| 29. NW Mutual Variable Extra Ordinary Life: Aggressive Growth | | None | J | T | | | | | |
| 30. NW Mutual Variable Extra Ordinary Life: Small Cap Growth | | None | J | T | | | | | |
| 31. Berkshire Hathaway CL B-Common | | None | | | Sell | 08/03 | K | | |
| 32. | | | | | Sell | 08/03 | L | | |
| 33. Energy Partners LTD-Common | | None | | | Sell | 09/06 | J | C | |
| 34. GEHL Company-Common | | None | | | Sell | 09/15 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Healthcare SVC Group Inc-Common | A | Dividend | | | Sell | 07/25 | J | D | |
| 36. | | | | | Sell | 08/02 | J | C | |
| 37. Symantec Corp-Common | | None | | | Sell | 03/14 | K | | |
| 38. | | | | | Sell | 03/14 | J | | |
| 39. Exxon Mobil Corp-Common | A | Dividend | | | Buy | 08/01 | K | C | |
| 40. | | | | | Buy | 08/03 | K | D | |
| 41. | | | | | Buy | 08/09 | K | | |
| 42. | | | | | Sell | 08/31 | K | | |
| 43. | | | | | Sell | 09/08 | K | | |
| 44. | | | | | Sell | 09/08 | K | | |
| 45. | | | | | Buy | 09/13 | K | | |
| 46. | | | | | Buy | 09/13 | K | | |
| 47. | | | | | Buy | 09/19 | L | | |
| 48. | | | | | Sell | 09/28 | L | | |
| 49. | | | | | Sell | 09/28 | K | | |
| 50. Schwab 1 - Account (X) | A | Interest | | | | | | | |
| 51. Allegheny Energy Inc (M) - Common | | None | K | T | Buy | 11/02 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Herrera, Judith C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 11/03 | J | | |
| 53. Altira - Common | | None | | | Buy | 09/19 | L | | |
| 54. | | | | | Sell | 10/07 | K | | |
| 55. | | | | | Sell | 12/02 | K | | |
| 56. Carrizo Oil & Gas - Common | | None | | | Buy | 11/21 | J | | |
| 57. | | | | | Sell | 12/19 | J | A | |
| 58. Cemex SA ADR - Common | | None | K | T | Buy | 11/22 | K | | |
| 59. Chesapeake Energy Corp - Common | A | Dividend | J | T | Buy | 09/07 | L | | |
| 60. | | | | | Partial Sale | 09/13 | K | | |
| 61. | | | | | Buy | 10/04 | K | | |
| 62. | | | | | Partial Sale | 10/19 | K | | |
| 63. | | | | | Partial Sale | 10/21 | K | | |
| 64. | | | | | Buy | 11/22 | J | | |
| 65. | | | | | Buy | 11/23 | J | | |
| 66. Chevron Corp - Common | | None | | | Buy | 10/25 | K | | |
| 67. | | | | | Sell | 10/28 | K | | |
| 68. Cigna Corp (M) - Common | | None | K | T | Buy | 10/21 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Part Sale | 11/02 | K | | |
| 70. | | | | | Buy | 11/03 | K | | |
| 71. Companhia Vale Do - Common | B | Dividend | | | Buy | 09/19 | L | | |
| 72. | | | | | Buy | 09/22 | K | | |
| 73. | | | | | Buy | 09/28 | K | | |
| 74. | | | | | Sell | 10/13 | K | | |
| 75. | | | | | Sell | 10/19 | M | | |
| 76. | | | | | Buy | 11/04 | K | | |
| 77. | | | | | Sell | 12/12 | K | | |
| 78. Conoco Phillips - Common | | None | | | Buy | 09/08 | K | | |
| 79. | | | | | Sell | 09/13 | K | | |
| 80. | | | | | Buy | 09/28 | K | | |
| 81. | | | | | Sell | 10/19 | K | | |
| 82. Crown Holdings Inc - Common | | None | | | Buy | 08/10 | K | | |
| 83. | | | | | Sell | 09/15 | K | | |
| 84. Cummins Inc - Common | | None | | | Buy | 09/13 | K | | |
| 85. | | | | | Sell | 09/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Devon Energy CP New (M) - Common | A | Dividend | K | T | Buy | 12/05 | J | | |
| 87. | | | | | Buy | 12/12 | J | | |
| 88. | | | | | Buy | 12/15 | J | | |
| 89. Diamond Offshore Drilling - Common | . | None | | | Buy | 09/26 | K | | |
| 90. | | | | | Sell | 10/19 | K | | |
| 91. Encana Corporation - Common | | None | | | Buy | 09/26 | K | | |
| 92. | | | | | Sell | 10/19 | K | | |
| 93. E-Trade Financial Corp (M) - Common | | None | K | T | Buy | 10/21 | K | | |
| 94. Florida Rock Inds - Common | A | Dividend | | | Buy | 09/06 | K | | |
| 95. | | | | | Sell | 09/13 | K | | |
| 96. Grant Prideco Inc (M) - Common | | None | J | T | Buy | 12/19 | J | | |
| 97. | | | | | Buy | 12/23 | J | | |
| 98. Halliburton Co - Common | | None | | | Buy | 09/12 | K | | |
| 99. | | | | | Sell | 09/13 | K | | |
| 100. | | | | | Buy | 10/25 | J | | |
| 101. | | | | | Sell | 10/27 | J | | |
| 102. Helmerich & Payne Inc - Common | | None | | | Buy | 08/31 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sell | 10/19 | K | | |
| 104. Hewlett-Packard Company - Common | None | K | T | | Buy | 09/12 | K | | |
| 105. | | | | | Sell | 10/13 | K | | |
| 106. | | | | | Buy | 11/03 | K | | |
| 107. Inco Limited - Common | None | | | | Buy | 09/21 | K | | |
| 108. | | | | | Sell | 10/21 | K | | |
| 109. Marathon Oil - Common | None | | | | Buy | 10/26 | K | | |
| 110. | | | | | Sell | 10/27 | K | | |
| 111. McAfee Inc. - Common | None | | | | Buy | 08/03 | K | | |
| 112. | | | | | Sell | 09/26 | K | | |
| 113. McDermott Intl - Common | None | M | T | | Buy | 09/13 | K | | |
| 114. | | | | | Buy | 09/26 | K | | |
| 115. | | | | | Buy | 09/27 | K | | |
| 116. Motorola - Common | A | Dividend | K | T | Buy | 08/01 | K | | |
| 117. | | | | | Buy | 08/09 | K | | |
| 118. | | | | | Partial Sale | 08/24 | K | | |
| 119. | | | | | Partial Sale | 08/31 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 09/06 | K | | |
| 121. | | | | | Buy | 09/14 | K | | |
| 122. | | | | | Partial Sale | 09/29 | L | | |
| 123. | | | | | Buy | 10/24 | K | | |
| 124. NGas Resources - Common | | None | | | Buy | 10/07 | K | | |
| 125. | | | | | Sell | 10/21 | K | | |
| 126. Noble Energy - Common | A | Dividend | | | Buy | 10/26 | K | | |
| 127. | | | | | Sell | 11/04 | K | | |
| 128. NRG Energy - Common | | None | | | Buy | 09/27 | K | | |
| 129. | | | | | Sell | 10/21 | K | | |
| 130. Nucor Corp - Common | | None | | | Buy | 09/02 | K | | |
| 131. | | | | | Sell | 09/14 | K | A | |
| 132. Parker Drilling - Common | | None | L | T | Buy | 08/24 | K | | |
| 133. | | | | | Buy | 08/31 | K | | |
| 134. | | | | | Buy | 09/29 | L | | |
| 135. | | | | | Sell | 10/13 | K | | |
| 136. Petro Canada - Common | | None | | | Buy | 09/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sell | 09/26 | K | | |
| 138. Sirius Satellite Radio - Common | | None | | | Buy | 09/09 | K | | |
| 139. | | | | | Sell | 09/22 | K | | |
| 140. Swift Energy Company - Common | | None | | | Buy | 08/24 | K | | |
| 141. | | | | | Sell | 10/04 | K | | |
| 142. Sykes | | None | | | Buy | 10/11 | K | | |
| 143. | | | | | Sell | 10/13 | K | | |
| 144. Teva Pharm Inds LTD - Common | | None | K | T | Buy | 12/05 | K | | |
| 145. Texas Instruments - Common | | None | | | Buy | 09/09 | K | | |
| 146. | | | | | Sell | 09/27 | K | | |
| 147. TransOcean Inc - Common | | None | K | T | Buy | 08/24 | K | | |
| 148. | | | | | Buy | 11/07 | J | | |
| 149. | | | | | Partial Sale | 11/07 | K | | |
| 150. | | | | | Buy | 12/05 | J | | |
| 151. United Health Group - Common | | None | K | T | Buy | 10/24 | K | | |
| 152. Valero Energy Corp - Common | | None | K | T | Buy | 09/13 | K | | |
| 153. | | | | | Partial Sale | 10/24 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy | 11/16 | K | | |
| 155. | | | | | Buy | 11/23 | J | | |
| 156. Aetna Inc - Common | | None | | | Buy | 09/14 | K | | |
| 157. | | | | | Sell | 10/25 | K | A | |
| 158. Altira Group - Common | | None | | | Buy | 11/09 | J | | |
| 159. | | | | | Sell | 12/02 | J | | |
| 160. American Eagle Outfitters - Common | | None | | | Buy | 0725 | J | | |
| 161. | | | | | Sell | 08/29 | J | | |
| 162. Apple Computer Inc - Common | | None | K | T | Buy | 11/07 | J | | |
| 163. | | | | | Buy | 12/23 | J | | |
| 164. Chevron Corporationn - Common | | None | | | Buy | 10/26 | K | | |
| 165. | | | | | Sell | 10/28 | K | | |
| 166. China Pete & Chem ADR - Common | | None | | | Buy | 09/26 | K | | |
| 167. | | | | | Sell | 10/26 | K | | |
| 168. Clean Harbors Inc - Common | | None | | | Buy | 10/24 | K | | |
| 169. | | | | | Sell | 11/08 | K | | |
| 170. ConocoPhillips - Common | | None | | | Buy | 09/08 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
    (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
    (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
    (See Column C2)    Q =Appraisal    V =Other    S =Assessment
    U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sell | 09/13 | K | | |
| 172. Devon Energy CP New - Common | A | Dividend | J | T | Buy | 12/07 | J | | |
| 173. Diamond Off Shore Drilling - Common | A | Dividend | | | Buy | 07/25 | J | | |
| 174. | | | | | Sell | 10/19 | J | | |
| 175. Dobson Communications - Common | | None | | | Buy | 08/31 | J | | |
| 176. | | | | | Buy | 09/12 | K | | |
| 177. | | | | | Sell | 09/29 | K | | |
| 178. Endo Pharm Holdings Inc - Common | | None | J | T | Buy | 11/02 | J | | |
| 179. Global Industries LTD - Common | | None | | | Buy | 09/06 | J | | |
| 180. | | | | | Buy | 09/29 | K | | |
| 181. | | | | | Sell | 10/28 | K | | |
| 182. Industrial Intl - Common | | None | | | Buy | 11/02 | J | | |
| 183. | | | | | Buy | 11/03 | J | | |
| 184. | | | | | Sell | 12/07 | K | A | |
| 185. Kendle Intl Inc - Common | | None | K | T | Buy | 09/01 | K | | |
| 186. | | | | | Buy | 09/28 | K | | |
| 187. | | | | | Buy | 11/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Partial Sale | 10/27 | K | B | |
| 189. Marathon Oil Corp - Common | | None | | | Buy | 11/02 | J | | |
| 190. | | | | | Buy | 11/03 | J | | |
| 191. | | | | | Sell | 11/07 | K | | |
| 192. Marvel Tech Group LTD - Common | | None | K | T | Buy | 11/25 | J | | |
| 193. | | | | | Buy | 12/06 | J | | |
| 194. McAfee Inc - Common | | None | | | Buy | 08/03 | K | | |
| 195. | | | | | Sell | 09/26 | K | | |
| 196. McDermott Intl Inc - Common | | None | L | T | Buy | 09/06 | K | | |
| 197. | | | | | Buy | 09/28 | K | | |
| 198. Merrill Lynch & Co - Common | | None | J | T | Buy | 11/25 | J | | |
| 199. Microsoft Corp - Common | | None | J | T | Buy | 11/21 | J | | |
| 200. | | | | | Partial Sale | 12/29 | J | | |
| 201. Mitham Industries - Common | | None | | | Buy | 12/29 | J | | |
| 202. Motorola Inc - Common | A | Dividend | | | Buy | 08/03 | K | | |
| 203. | | | | | Sell | 09/29 | K | A | |
| 204. Precision Castparts Corp - Common | | None | K | T | Buy | 11/02 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy | 11/04 | J | | |
| 206. Schlumberger LTD - Common | | None | J | T | Buy | 11/25 | J | | |
| 207. Tidewater Inc - Common | | None | J | T | Buy | 12/02 | J | | |
| 208. Valero Energy Corp - Common | | None | J | T | Buy | 09/12 | J | | |
| 209. | | | | | Buy | 12/02 | J | | |
| 210. | | | | | Partial Sale | 10/14 | J | | |
| 211. XTO Energy Inc - Common | | None | | | Buy | 09/29 | K | | |
| 212. | | | | | Sell | 10/19 | K | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___ 5/12/06 _____

NOTE: AN........LY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544